UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)

---------------------------------------------------------X

| | |
|---|---|
| IN RE: | Chapter 7 |
| Thessa Roy, | Case No. 19-13254-JLG |
| Debtor. | |

---------------------------------------------------------X

| | |
|---|---|
| Thessa Roy, | |
| Plaintiff, | Adv. Proc. 20-01002-JLG |
| -against- | |
| Navient Solutions, LLC, and National Collegiate Student Loan Trust 2007-2, | |
| Defendants. | |

---------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF STIPULATION FOR DISMISSAL [DOCKET NO. 13]**

Now comes Creditor, National Collegiate Student Loan Trust 2007-2, by and through counsel and hereby withdraws its STIPULATION FOR DISMISSAL [DOCKET NO. 13] filed on July 23, 2020. The Stipulation for Dismissal incorrectly included the "So Ordered" language.

Respectfully submitted,

/s/ Geoffrey J. Peters
GEOFFREY J. PETERS
**Weltman, Weinberg & Reis Co., L.P.A.**
3705 Marlane Drive
Grove City, OH 43123
614/883-0678
614/801-2601 (fax)
gpeters@weltman.com
Counsel for Creditor
National Collegiate Student Loan Trust 2007-2

| | |
|---|---|
| STATE OF OHIO | ) |
| COUNTY OF FRANKLIN | )    ss.: |

Bobbi Jo Cooney, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Columbus, Ohio.

On July 30, 2020 deponent served the within

**NOTICE OF WITHDRAWAL OF STIPULATION FOR DISMISSAL**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of Ohio:

Austin C. Smith, Esq.
Smith Law Group LLP
3 Mitchell Place, Suite 24
New York, NY 10017

THESSA GRANEICE ROY
7627 South Cove Circle
Centennial, CO 80122

/s/ Bobbi Jo Cooney
BOBBI JO COONEY