**SLG**

SMITH LAW GROUP LLP
475 LEXINGTON AVE
NEW YORK, NY 10017
ACSMITHLAWGROUP.COM

Hon. James L. Garrity Jr,
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York NY 10004-1408

September 1, 2020

*Re: Roy v. Navient Solutions LLC et. al.,* Adv. Pro. No. 20-01002-jlg

Dear Judge Garrity:

In consultation with the courtroom deputy, this matter, currently scheduled for a hearing on September 2, 2020, is adjourned to October 28, 2020 at 10:00 a.m.

Sincerely,

/s Austin C. Smith